

**BoatU.S. MARINE INSURANCE PROGRAM**

**MARINE INSURANCE APPLICATION**
1-800-283-2883  Fax: 703-461-2840

809
APPLICATION #3513097/02
09/28/2012

**IMPORTANT NOTICE:**
YOU MUST CORRECT WRONG INFORMATION, COMPLETE ANY INFORMATION OMITTED, SIGN AND DATE THE BACK OF THIS FORM AND RETURN IT PROMPTLY. FAILURE TO CORRECT, COMPLETE OR SIGN THIS APPLICATION WILL VOID ALL COVERAGE FROM POLICY INCEPTION.

### WHO
- Member No. 2429602
- Owner: II Girls, Llc & Alana Stoia
- Res. Address: Po Box 370888
- City: Key Largo   State: FL   Zip: 33037-0888   Home Tele.: ___
- Work Tele.: ___  Ext.: ___  Fax: ___  Cell: (305)394-1773  SSN: ___
- Email: rockharbor@bellsouth.net   Year Of Birth: ******1951
- Occupation: Self Employed   DL#: S300002516440   State: FL
- Years Experience: As Owner 1   As Operator 5

List all automobile and/or boating violations, accidents or license suspensions in the past 3 years. IF NONE, CHECK HERE [X]

List all claims or losses to this or other boats or from liability in the past 3 years. IF NONE, CHECK HERE [X]

Boating Education: USPS [ ]  USCGA [ ]  Other [ ]   Active Member: USPS [ ]  USCGA [ ]  Coxswain [ ]

| All Regular Operator's Names | Birth Date | Relation | Experience | Driver's Lic No./State | Violations |
|---|---|---|---|---|---|
| Sam Stoia | __/1952 | | 40 | Y   FL | 0 |

### WHAT
- Boat Year: 2007   Builder: Sea-Ray Boats   Model: 290 Select Ex   Length: 29   Beam: 10
- Boat Name: NONE   HIN#: SERR1252G607   DOC#: ___   REG#: ___
- Hull Type: Cruiser [ ]  Runabout [X]  Trawler [ ]  Pontoon [ ]  Bass [ ]
-   Houseboat [ ]  PWC [ ]  Sail [ ]  Aux.Sail [ ]  Multihull [ ]  Other [ ]
- Power Type: Outdrive   Hull Material: Fiberglass
- Engine Year: 2007   # of Engines: 2   HP Total: 640
- PWC-Total CC's: ___   Speed: 45   Gas [X]  Diesel [ ]
- Boat Purchase Price $ 80,000   Boat Purchase Date: 01/01/2011   Trailer Year: ___   Trailer Price $ Not Incl
- Was this boat ever damaged? No [X]  Yes [ ]  If Yes, explain ___
- Is this boat currently for sale? No [X]  Yes [ ]
- Prior Company: NONE   Prior Premium $ ___   Ever cancelled or refused? No [X]  Yes [ ]

**SIGNATURE REQUIRED ON REVERSE SIDE**

EXHIBIT 1

lapp_3513097_20120928121233

### WHERE

Private Pleasure Use Only?   Yes ☒   No ☐   If No, type of charter or business _____

Is Boat used for Racing?   Yes ☐   No ☒   If Yes, approximate % of racing _____   Types of races _____

Cruising Area __U.S. Atlantic Coastal Waters incl Florida East + West Coast__

Location of Boat __Home__          Address __18 Bass Ave__

City __Key Largo__   State __FL__   ZIP __33037__   Phone _____

### HOW

If financed, list lender name and complete mailing address. **REQUIRED BY YOUR BANK.**

Lender Name _____   Account No. _____

Address _____

City _____   State _____   Zip + 4 _____

### SPECIAL CONDITIONS, REQUIREMENTS AND COVERAGES                    3513097

For faster service send any required documents by email to insphotos@boatus.com, or by fax (excluding photos) to 703-461-2840. Include your name and application number on the subject line.

* Please complete and return the corporate application mailed with the quote or found at the following link: http://www.boatus-insurance.com/document/corpapp.pdf
* You may eliminate all depreciation in this policy. This is available with the Yacht Policy only, and the policy deductible still applies. To select this option add $96.
* BoatU.S. is delighted to provide a special discount for completing the boating courses indicated on your application. Your quotation reflects this credit.
* A package of valuable extras for one low price including $10,000 per incident Medical Limits, $2,500 in Personal Effects Coverage, a lowered Electronics Deductible (to $100), the Depreciation Waiver, and Ice and Freezing coverage is available. Add $50 to your premium.

*While my signature verifies this information to be true, this application does not bind me to accept insurance, nor does it bind BoatU.S. or the Insurance Company to accept me as an applicant for insurance. If I accept, I hereby authorize any company, credit bureau, or Department of Motor Vehicles that has knowledge of me to give such information to BoatU.S. Underwriting to be used for BoatU.S. insurance purposes only. Omitting, misrepresenting or stating information falsely on this application constitutes insurance fraud, voids all coverage, and is subject to criminal and civil penalties. The Insurance Company will consider your claims history for purposes of determining whether to cancel or refuse to renew your policy.*

SIGNATURE _[signature]_          DATE: __10-5-12__

*Questions? Call 1-800-283-2883   Fax: 703-461-2840*

Mail to: BoatU.S. Marine Insurance, 880 S. Pickett St., Alexandria, VA 22304

iapp_3513097_20120928121233_^