

Issued through:
BoatU.S. Marine Insurance
880 South Pickett St.
Alexandria, VA 22304
Policy Service: 800-283-2883

DECLARATIONS PAGE

Named "Insured" Address: II GIRLS, LLC & ALANA STOIA
C/O ALANA STOIA
PO BOX 370888
KEY LARGO, FL 33037

Policy No. BUS5204958-02

Policy Period: From 09/29/2018 to 09/29/2019 beginning and ending at 12:01 A.M. at the address of the named "insured" on this page.

Underwriting Company: GEICO MARINE INSURANCE COMPANY

Upon the Boat:
| 2007 | SEA RAY BOATS | 29 | Runabout | SERR1252G607 |
|---|---|---|---|---|
| YEAR | MANUFACTURER | LENGTH | TYPE | IDENTIFICATION NUMBER |

COVERAGE IS PROVIDED ONLY WHERE AN AMOUNT OF INSURANCE IS SHOWN

| COVERAGES | AMOUNT OF INSURANCE | | |
|---|---|---|---|
| Hull and Equipment | Agreed Value | $80,000 | Incl |
| Commercial Towing and Assistance | Each Incident | $250 | Incl |
| Boating Liability (Protection and Indemnity) | Limit Each "Accident", Bodily Injury and Property Damage | $500,000 | Incl |
| Fuel and Other Spill Liability | Limit Each "Accident" | $939,800 | Incl |
| Longshore and Harbor Workers' Compensation | Limit of Liability | Statutory | Incl |
| Medical Payments | Limit Per Person Each "Accident" | $1,000 | Incl |
| Boat Trailer | Agreed Value | $0 | Incl |
| Personal Effects | Replacement Cost | $0 | Incl |
| Uninsured Boater | Limit Each "Accident" | $500,000 | Incl |

**FORMS AND ENDORSEMENTS** made a part of this Policy at time of issue:
FL001   GM002   GM011   GM042   GM045

| Total Premium | ▓▓▓▓ |
|---|---|
| State Taxes/Fees | $0.00 |
| Net Annual Premium | ▓▓▓▓ |

**DEDUCTIBLES:** $0   Applicable to Hull and Equipment: For any covered loss due to a **"named storm"** that occurs while the **"insured boat"** is located in AL, FL, GA, LA, MS, NC, SC, TX, the Bahamas, the Caribbean or Mexico, the deductible applied to each loss is the greater of the Hull and Equipment deductible, $1000, or 5% of boat's **"insured value"**.

**CRUISING LIMITS:** While afloat, the "insured boat" shall be confined to the waters indicated below: (There is no coverage outside of this area without "our" written permission.)
Coastal and Inland waters of the U.S. and Canada

Loss, if any, payable to named **"insured"** and the Loss Payee printed below, as their interests may appear.

Agent Contact:  BUS CONSUMER                License #: _____

Print Date:  8/7/18
FLDEC001  01 16                    INSURED COPY



EXHIBIT 2