UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  4:18-cv-10264-JLK/AMS

GEICO MARINE INSURANCE COMPANY,

    Plaintiff,

vs.

II GIRLS LLC and ALANA STOIA,

    Defendants.
_____/

**PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY RELIEF**

    COMES NOW, GEICO MARINE INSURANCE COMPANY, (hereinafter "GMIC" or "Plaintiff"), and sues the Defendants, II GIRLS LLC and ALANA STOIA (hereinafter "Defendants"), and avers as follows:

    1.    This is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the claim is within the Admiralty subject matter jurisdiction of this Court based on 28 U.S.C. §1333, and the U.S. Constitution, Article III, Section 2.

    2.    This is an action for Declaratory Judgment brought under the provision of 28 U.S.C. §2201.  A case or controversy has arisen, and there is a present need for the declaration to resolve the rights, privileges, immunities and obligations of the Plaintiff, if any, to the Defendants under the general maritime law as they pertain to a contract of marine insurance.

    1.    In January 2011, Defendants purchased a used 2007 Sea Ray "290" motor yacht bearing hull identification number SERR1252G607 (hereinafter the "vessel").

2. In October 2012, Defendants applied for Marine Insurance on the vessel with GMIC, and in the process, Defendants submitted a Marine Insurance Application, a copy of which is attached as Exhibit 1.

3. The application contained material misrepresentations of fact pertaining to, *inter alia*, prior damage to the vessel and the purchase price of the vessel.

4. GMIC relied upon the information and documentation submitted by Defendants with the application when GMIC agreed to accept the risk at an agreed value of $80,000 and in setting the premium amount.

5. GMIC issued policy number BUS5204958.  The policy was subsequently renewed and remained in effect through and including January 20, 2018.  A copy of the Declarations Page is attached as Exhibit 2 along with a specimen copy of the policy which is attached as Exhibit 3.

6. On January 21, 2018, Defendants reported that the vessel had been destroyed by fire on January 20, 2018.  Defendants have claimed that the vessel is a total loss and made a claim for the entire agreed hull value of $80,000.

7. GMIC's investigation into the claim has revealed the above-mentioned material misrepresentations.  GMIC has accordingly voided the policy *ab initio* and fully refunded the entire premium to Defendants.

## COUNT I
## ACTION FOR DECLARATORY RELIEF

8. Paragraphs 1 through 7 are realleged as if fully set forth herein.

9. Pursuant to the firmly-entrenched General Maritime Law of the United States and this circuit, Defendants had an affirmative obligation of utmost good faith and fair dealing (known as *uberrimae fidei*) to voluntarily, truthfully and fully disclose all material facts to GMIC

when applying for marine insurance on the vessel.  *See e.g., HIH Marine, Inc. v. Fraser*, 211 F. 3d. 1359 (11th Cir. 2000); *Steelmet, Inc. v. Caribe Towing Corp.*, 747 F. 2d 689 (11th Cir. 1984).

10. Defendants breached the duty of *uberrimae fidei* by misrepresenting material facts to GMIC in the insurance application process.

11. GMIC justifiably relied upon the representations contained in the documents submitted in agreeing to insure the vessel on the terms outlined in the declaration page and policy.

12. As a result of Defendants' breach of the well-entrenched Maritime Doctrine of *uberrimae fidei*, GMIC justifiably voided the policy *ab initio* and is returning the premium to Defendants.

WHEREFORE, GEICO MARINE INSURANCE COMPANY respectfully prays for a judicial confirmation that it was justified in voiding the policy *ab initio* and further prays for costs, fees, and such other and further relief as the court deems just and appropriate under the circumstances.

Dated: December 14, 2018

    /s/ *Craig P. Liszt*
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 852-9233
Facsimile: (305) 852-0686
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 14, 2018, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

  /s/ *Craig P. Liszt*_____
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
*Attorneys for Plaintiff*

/1398454/188

CASE NO.:  4:18-cv-10264-JLK/AMS
Page 5

## SERVICE LIST

**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526
*Attorneys for Plaintiff*