UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:18-cv-10264-JLK/JB

GEICO MARINE INSURANCE COMPANY,

 Plaintiff,

vs.

II GIRLS LLC and ALANA STOIA,

 Defendants.
_____/

## NOTICE OF SETTLEMENT

 The Plaintiff, GEICO MARINE INSURANCE COMPANY, by and through undersigned counsel, hereby files this Notice of Settlement advising the Court that the parties have reached a settlement of all claims in the above-styled matter. The parties are in the process of preparing and executing the necessary settlement documents and, accordingly, will be filing a Joint Stipulation for Dismissal with Prejudice as soon as the executed Release and settlement funds have been exchanged.

Dated: February 14, 2019         Respectfully submitted,

                 /s/ Craig P. Liszt
                 **Craig P. Liszt**
                 Florida Bar No. 63414
                 cliszt@admiral-law.com
                 HORR, NOVAK & SKIPP, P.A.
                 Two Datran Center, Suite 1700
                 9130 South Dadeland Boulevard
                 Miami, FL  33156
                 Telephone: (305) 670-2525
                 Facsimile: (305) 670-2526
                 *Attorneys for Plaintiff*

CASE NO.:  4:18-cv-10264-JLK/JB
PAGE 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 14, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

 /s/ Craig P. Liszt
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
*Attorneys for Plaintiff*

/1421248/285

CASE NO.:  4:18-cv-10264-JLK/JB
PAGE 3

## SERVICE LIST

| | |
|---|---|
| **Craig P. Liszt** | **Robert Ader** |
| Florida Bar No. 63414 | Florida Bar No. 335126 |
| **cliszt@admiral-law.com** | aderlaw@aol.com |
| HORR, NOVAK & SKIPP, P.A. | **Elizabeth B. Hitt** |
| Two Datran Center, Suite 1700 | Florida Bar No. 176850 |
| 9130 South Dadeland Boulevard | bethhitt@aol.com |
| Miami, FL  33156 | ADER & HITT, P.A. |
| Telephone: (305) 670-2525 | Miami Tower, Suite 3550 |
| Facsimile: (305) 670-2526 | 100 SE 2nd Street |
| *Attorneys for Plaintiff* | Miami, FL 33131 |
| | Telephone: (305) 371-6060 |
| | Facsimile: (305) 358-5917 |
| | *Attorneys for Defendants* |